1  Sean Michael McWilliams .....Pro Se
2  c/o Consulato Generale Onorario d'Irlanda
3  Piazza S.Pietro in Gessate, 2
4  Milano

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.**, a Washington Corporation, and **JAMES JANNARD.** An individual, <br><br> Plaintiffs, <br><br> Vs. <br><br> **SEAN MCWILLIAMS,** an individual, <br> Defendant, | Case No. : CV09 07666 DDP (RNBx) <br><br> OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT --- DEFENDANT'S RESPONSE TO DECLARATIONS |
| **SEAN MCWILLIAMS**, an individual Counterclaimant, <br><br> Vs. <br><br> **OAKLEY INC.** , a Washington Corporation, and **JAMES JANNARD.** An individual, <br><br> Counterdefendant, | DATE:     September 12, 2011 <br> TIME:     10:00 a.m. <br> JUDGE: Hon. Dean D. Pregerson <br> COURT: 312 North Spring Street <br>              Court Room 3 (2nd Floor ) <br>              Los Angeles, CA 920112 |

1    DEFENDANT's response to DECLARATIONS

Character sketch of

<u>COLIN BADEN</u> ...

OAKLEY CEO...WHOLLY BIASED DECLARATION....ON THE OAKLEY PAYROLL...AFRAID TO ACKNOWLEDGE CORPORATE GOVERNANCE VIOLATIONS DEFENDANT BRINGS TO THE ATTENTION OF THE COURT..... BADEN NOTHING MORE THAN A PUPPET PLAINTIFFS COUNSEL HAS INSTRUCTED TO MAKE A BIASED DECLARATION IN AN ATTEMPT TO DEFAME DEFENDANT / DOWNPLAY DEFENDANTS' EXISTENCE....THE COURT IS RESPECTFULLY REQUESTED TO REFER TO FOLLOWING CHARACTER TRAITS OF BADEN. Declarations provided to the court from so called corporate executives who sponsor beer bashes at OAKLEY...and race their HUMVEE in the parking lot are indeed suspect.

Mr. Baden's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet...which OAKLEY hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he....a christian....had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies...JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

Biased statements made regarding DEFENDANT by OAKLEY executives on the payroll of OAKLEY .....need to be treated with a high degree of suspicion.

...

Baden has been known to race his hummer in the front parking lot - even flipping it once. Some Fridays, the company orders in kegs of beer and food from Santa Ana-based Wahoo's Fish Taco
By Bellantonio, Jennifer
Publication: Orange County Business Journal

Monday, May 28 2007

the Foothill Ranch-based company's chief financial officer, was blindfolded and handcuffed. Then he was led through hallways to a super secret spot: **a newly built microbrewery at Oakley's 600,000-square-foot headquarters**.

**"It's the culture that allows maverick activity." said Colin Baden, Oakley's president**. The tone comes from the top: Founder and majority owner Jim Jannard has infused the company with an iconoclastic, rebellious bent since starting the business back in 1975.

Jannard and Baden designed Oakley's headquarters, a gray, post-industrial fortress that mysteriously stands atop a hill in Foothill Ranch.

Oakley doesn't like to be told what to do.

"We've always had a fortress mentality. What we make is gold, and people will do anything to get it, so we protect it."

.................................................................................

And there the brewery. The company recently built it so employees can blow off some steam and brew their own beer.

VIRTUAL TOUR

It's a place of reinforced blast walls, product torture chambers and the padded cells of mad science. Oakley's design bunker is where inventions are conceived, developed, perfected and manufactured. In addition to the hidden catacombs of research labs and proving grounds, the architectural design of Oakley President Colin Baden includes a 400-seat amphitheater - **and absolutely no adult supervision.**

JAMES JANNARD

JAMES HENRY JANNARD same 'JIM' as referred to in DEFENDANT'S EXHIBIT # 5

**Enough said.**

Declarations provided to the court from so called corporate executives with skull and crossbones flags flying high above OAKLEY headquarters…same fellow who sponsors NHRA funnycars…same fellow who cheated on his first wife Pamela with his then secretary Bobbi ..whom he later married….who he then also cheated on her with a younger, 'more attractive' cosmetically enhanced young lady….should be treated as suspect. Continually 'trading in' his women for younger…more attractive 'specimens'.

Jannard's claim as to DEFENDANT being responsible for IMdB registrant posting comments regarding JANNARD are wholly without merit. DEFENDANT vehemently denies this false allegation…and since AMAZON attorneys have since sought a subpoena….which defendant wholly gave the go ahead for….PLAINTIFF'S counsel NELSON has now realized the false finger pointing….as IP address which was provided to PLAINTIFF by way of subpoena has documented the true culprit of the IMdB postings…which the court should note were NOT DEFENDANT.

Much to the chagrin of false finger pointing JANNARD..the ever self promoting clownlike public figure seen below..striped tube sox and all. The picture reveals everything.



Defendant furthermore encourages the court to refer to **DEFENDANT'S EXHIBIT # 122** so as to further illustrate Mr. Jannard's ongoing deceit (**insider trading/misleading investors**) en route to his suspiciously inflated / at times ill gotten wealth.

DEFENDANT'S claim that JANNARD is a criminal….albeit a white collar criminal…is based on scenarios like referenced in **DEFENDANT'S EXHIBIT # 122.**

**Perhaps not yet a convicted criminal…but a criminal at heart indeed. Jannard's $3 BILLION USD net worth is NOT all KOSHER.**

**Jannard's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet…which his hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he….a christian….had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies…JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay**

peoples bodies. DEFENDANT is a college graduate…and unlike the college dropout JANNARD….finishes what he starts.

JANNARD is aware that MCWILLIAMS claims death threats to be made to him. The court is respectfully requested to refer to <u>JANNARD'S MENTION IN DEFENDANT'S EXHIBIT # 5…which reveals all.</u>

---

## JUNE GRAY

## OLIVER PEOPLES DIRECTOR OF HUMAN RESOURCES

Miss Gray's claim that alleged sexual involvement of MCWILLIAMS and an OLIVER PEOPLES former VICE PRESIDENT being without merit are wholly untrue. MCWILLIAMS was invited to TOKYO JAPAN by MISS PATTY PERRIERA..and after sharing a few bottles of red wine..and some JAPANESE soba….at 5 star HOTEL OKURA…..DEFENDANT awakened to find MISS PERRIERA with her hand halfway up her VAGINA…sounds of desperation calling out in a failed attempt at orgasm. DEFENDANT…a Christian…candidly admits being involved sexually with this young lady…though he is in NO way proud of it. The 'monica deed' and other sexual favors were indeed offered to DEFENDANT…which he now regrets having taken part in.

Miss Gray's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet…which OAKLEY hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he….a christian….had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies…JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

The court is respectfully requested to refer to <u>DEFENDANT'S exhibit # 134</u> so as to only fathom said integrity issues with the criminal tendency organization OLIVER PEOPLES.

It is odd NELSON...PLAINTIFF'S counsel....had earlier referenced OLIVER PEOPLES executives LARRY LEIGHT and PATTY PERRIERA...even asking the court to contact them....only to then avoid further associating them with DEFENDANT...as the sexual history of DEFENDANT and MISS PERRIERA...and the criminal associations of OLIVER PEOPLES are bluntly put...irrefutable.

As well DEFENDANT respectfully requests the court to further discredit MISS GRAY'S declaration regarding DEFENDANT...specifically referring to below further damning association of OLIVER PEOPLES with convicted criminals.

Such corroboration on DEFENDANT'S part tend to point out that issues of fact do indeed exist regarding DEFENDANT'S dissemination of emails regarding PLAINTIFF OAKLEY...which PLAINTIFF'S counsel NELSON mistakenly categorizes as LIBEL.

DEFENDANT will put his hand on the BIBLE and wholeheartedly testify in court so as to convincingly persuade your honor that PLAINTIFF'S counsel NELSON is merely trying to sweep some dirty laundry under the carpet.

DEFENDANT will NOT allow it..and the court can be sure...DEFENDANT will continue to document wholly factual scenarios regarding PLAINTIFFS...both their criminal tendencies...and their lack of integrity.

PLAINTIFF'S counsel ' claims of LIBEL are merely an attempt at silencing DEFENDANT...and avoiding wholly pertinent corporate governance concerns.

Biased statements made regarding DEFENDANT by OLIVER PEOPLES employees... on the payroll of OAKLEY .....need to be treated with a high degree of suspicion. ----------------------------
--------------------------------------------------------------------------------------------------------

**OLIVER PEOPLES AFFILIATE ROBERT EVANS…..PLEADS GUILTY TO COCAINE POSSESSION….IMPLICATED IN HOLLYWOOD MURDER**

Cocaine using pals

ROBERT EVANS /   LARRY   LEIGHT



**OAKLEY OWNED OLIVER PEOPLES FOUNDER LARRY LEIGHT**

High school, Trade school graduate, known to be a heavy user of marijuana and cocaine.

Former fellow optical shop colleague of his mentioned Leight used to show up for work regularly stoned.

Known to have association with Japanese based Yakuza associated organization…Nakanishi Optical….which is a country of origin fixer of sorts….  Chinese made optical frames conveniently routed thru Nakanishi Japan so as to mark Chinese made Oliver Peoples frames Japan….in order to appease his kitschy Department store customers… which frown heavily on having frames they sell mark made in China….and are willing to pay dearly for the ongoing perpetuation of deceit Larry Leight encourages / sponsors.

This practice is in blatant violation of US CUSTOMS law…specifically country of origin frame marking guidelines.

Vision Council of America has been made aware of this morally deceptive / illegal practice. Since Mafioso linked Luxottica Spa. now owns the Oliver Peoples brand…Larry Leight continues this unethical behaviour  now with OP Chinese made frames suspiciously / illegally /conveniently marked …made in Italy.

**Oakley counsel Nelson has been informed of this illegal practice….and said to Defendant…and I quote…'maybe they …Oliver Peoples….hosed us on the optical frames'…this in a nearly one hour , collect telephone call shortly after Oakley purchased my then client…..**Oliver Peoples…for 56$ million USD…obvious concern regarding the legality of Oliver Peoples actions .. being a serious issue to Plaintiff's council.

Defendant encourages the court to get to the bottom of this ongoing china funny business…and furthermore suggests Larry Leight is made to submit to drug tests ordered by the courts …urine samples…so as to fully document his chemical dependencies….mirroring Bernard Madoffs cocaine induced fantasy world…'NORTH POLE' environs….during which time a heinous perpetuation of unethical business  practices resulted in grand larceny…until ultimately unveiled.

Defendant respectfully requests the Court to reference **THE COURT IS RESPECTFULLY REQUESTED TO REFER TO DEFENDANTS Exhibit #'s 29 – 37/ EXHIBIT # 138**

.Refutal / Plaintiffs claims of Libel 8

OCTOBER 2007

**OLIVER PEOPLES AFFILIATE ROBERT EVANS…..PLEADS GUILTY TO COCAINE POSSESSION….IMPLICATED IN HOLLYWOOD MURDER**

**LARRY LEIGHT & ROBERT EVANS TEAM UP FOR SPECIAL LIMITED EDITION FRAME**

Robert Evans is one of Hollywood's most successful executives over the last 50 years. As both a studio head and producer, Mr. Evans spearheaded such iconic films as The Godfather 1 & 2, Rosemary's Baby, and Chinatown. His greatest contribution to filmmaking is being a force in the development of the great character driven dramas of the 70's, essentially helping to create a genre of film.

In addition to his business and filmmaking skills, Mr. Evans is a stylistic icon, in particular known for his impeccable taste in eyewear. Considering Oliver Peoples history with Hollywood and upcoming 20th Anniversary, Mr. Evans was the perfect choice to collaborate with on a special limited edition frame to be sold only in high end optical shops around the world.

Mr. Evans teamed up with Founder and Creative Director Larry Leight to design a classic, sophisticated men's style. The substantial frame employs a thick plastic cut to create a luxurious feel. A modified rectangular shape, straight top, and wide temples give the style a clean look and allows it to be used as a sunglass or optical frame.

Evans began to fall on hard times in the early 1980s, when during the production of *Popeye*,

**he was convicted for attempting to buy cocaine.**

Things got even worse for him when he began filming *The Cotton Club*. Evans was slated to direct, but due to production complications Francis Ford Coppola was called in during the filming. The budget for the film soared and Coppola and Evans fought endlessly.

Evans was peripherally linked to the murder of Roy Radin, an investor in *The Cotton Club*, who was murdered by Bill Mentzer and Alex Marti. The two convicts accused Evans of involvement. Evans pleaded the Fifth Amendment and was sent home. Evans wrote in his 1994 autobiography *The Kid Stays in the Picture* that he was a "tangential character, at best" in regard to the case.

## OLIVER PEOPLES SUPPLIER / LARRY L E I G H T ASSOCIATE MOULIN CHIEF SENTENCED TO 12 YEARS FOR FRAUD.... inflating the firm's turnover and for misleading auditors.

## JAMES SPINA

James Spina…..Executive Editor of Optical Industry Publication 20 / 20…..whose advertising proceeds are derived wholly from industry affiliates…specifically….the largest of which are paid from PLAINTIFFS parent company LUXOTTICA Spa….and his wholly biased statements made regarding DEFENDANT….need to be treated with a high degree of suspicion from the court.

Mr Spina's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet…which OAKLEY hired private

11       DEFENDANT's response to DECLARATIONS

investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he....a christian....had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies...JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

The court should take into mind ...Mr Spina..an admitted homosexual.....often frequents Christopher St. NYC homosexual patronized bars...and according to industry personnel....is lucky to still be alive considering his frequent sexual liaisons with patrons he 'picks up' and then engages in sexual behavior with.

Biased statements made regarding DEFENDANT by Mr. Spina ...indirectly on the payroll of OAKLEY .....need to be treated with a high degree of suspicion.

Statements from 64 year old corrupt homosexual men will NOT in any way silence DEFENDANT in his attempt to make the world we live in a better place. CORPORATE MEDIA and its cronies are simply afraid that a wholehearted airing of the truth and the corrupt politics at play ...will throw a flag on the gross perpetuation of CORPORATE GOVERNANCE malfeasance.....in effect...dampening the windfall profits affiliated industry players continue to indulge in.

---

**PAULA DEMPSEY**

Defendant admits emailing associates of Miss Dempsey so as to shed a proper light on the at times ill gotten funds her OAKLEY ENGLISH SETTER DOG KENNEL operates with. A personal friend of JANNARD...it is no surprise she is embarrassed regarding DEFENDANT'S wholly factual emails sent her.

Miss Dempsey's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet...which OAKLEY hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that

he....a christian....had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies...JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

Biased statements made regarding DEFENDANT by Miss Dempsey...indirectly on the payroll of OAKLEY .....need to be treated with a high degree of suspicion.

---

## DAVID SCHULTZ

Eye doctor...retailer of OAKLEY product offerings....OLIVER PEOPLES product offerings....who was apparently 'thrown a bone' from OAKLEY counsel...so as to make a declaration regarding DEFENDANTS wholly factual...albeit at times ' a blow to one's pride' email dissemination.

Mr. SCHULTZ' false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet...which OAKLEY hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he....a christian....had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies...JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

Biased statements made regarding DEFENDANT by Mr.Schultz....a retailer with a dependence on OAKLEY product ...need to be treated with a high degree of suspicion.

---

## FRED KLEVAN

Saving the best for last....DEFENDANT finds it ironic....a former OAKLEY sales rep to DEFENDANT has chosen to now implicate OAKLEY in price fixing activities. From roughly 1987 to 1995....Mr. Klevan acted as sales represenative for OAKLEY for southern Pennsylvania. MCWILLIAMS' family had as many as 12 bicycle shops at one time......and dealt personally with Mr. Klevan. When a senior in high school...1987....DEFENDANT decided to sell OAKLEY sunglasses. Mr. Klevan was appointed as his the sales representative. A fixed keystone price policy was in effect..meaning OAKLEY suggested retail price was exactly two times dealer cost. DEFENDANT was clearly told by Mr. Klevan that if he were to discount the price of OAKLEY sunglasses....meaning selling them less than full markup allowed....and if word came back to Mr. Klevan that DEFENDANT'S bike shop engaged in such activity.....the relationship between OAKLEY and DEFENDANT would be immediately terminated. DEFENDANT being a curious type...and president of the BUSINESS club at his high school...also serving as STATE REPRESENTATIVE....of DECA....DISTRIBUTIVE EDUCATION CLUBS OF AMERICA.....found this request of Mr. Klevan interesting. He proceeded to ask his business law teacher about it....and was told it was flat out illegal.

THE COURT IS RESPECTFULLY REQUESTED TO REFER TO DEFENDANTS Exhibit #'s   118-122

Refutal / Plaintiffs claims of Libel 9

Mr. Klevan's false claim that DEFENDANT somehow created false pornographic images are merely an attempt to sweep some dirt under the carpet...which OAKLEY hired private investigators are the parties responsible for. DEFENDANT hereby refutes wholeheartedly that he....a christian....had anything to do with production of said offensive pornographic images. To the day DEFENDANT dies...JANNARD and OAKLEY will be held to strict account for production and dissemination of said offensive images incorporating DEFENDANT'S headshot glued in photoshop to gay peoples bodies.

Biased statements made regarding DEFENDANT by Mr. Klevan……on the payroll of OAKLEY …..need to be treated with a high degree of suspicion.

----

## DOCUMENTATION OF WHOLLY FACTUAL EMAILS BY DEFENDANT: PRICE FIXING BY OAKLEY

Refuting Plaintiffs claims of Libel.

**THE COURT IS RESPECTFULLY REQUESTED TO REFER TO DEFENDANTS Exhibit #'s 118-122**

- Refutal / Plaintiffs claims of Libel 10

# CERTIFICATE OF SERVICE

I, SEAN McWILLIAMS, HEREBY CERTIFY that on the 22nd day of August, 2011, a true and correct copy of the foregoing was served upon the persons named below, at the address set out below their name, via e-mail sent both to gnelson@wknjlaw.com and chandlerw@wknjlaw.com.

Gregory K. Nelson , Esq.
Chandler G. Weeks, Esq.
WEEKS,KAUFMAN,NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
858.794.2140

Respectfully Submitted

This 22nd day

of August, 2011

**SEAN MICHAEL McWILLIAMS**

[ ]U.S. Mail
[ ] Federal Express
[ ] Telefacsimile
[X] Other : e-mail