JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., et al., | Case No. CV 09-07666 DDP (RNBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SEAN McWILLIAMS et al., | |
| Defendants. | |

THE COURT ORDERS, following entry of default judgment against the defendant, judgment is hereby entered against defendant Sean McWilliams in the amount of $1,361,198.00.  Plaintiffs are awarded costs of suit.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel and parties.

Dated: October 17, 2012

DEAN D. PREGERSON
United States District Judge